No. 8652.

THE CITY OF NEW ORLEANS vs. THE JEFFERSON GAS LIGHT CO.

Assessments of property made by sworn officers in execution of their legal duties are not to be disturbed, unless it be clearly shown that they are excessive.

APPEAL from the Civil District Court for the Parish of Orleans. *Lazarus*, J.

*J. Ward Gurley, Jr.* for Plaintiff and Appellee.

*Frank N. Butler* for Defendant and Appellant.

------

The opinion of the Court was delivered by FENNER, J.